UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| BRIAN MUNIZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 23-cv-50150 |
| | ) | Hon. Philip G. Reinhard |
| RAMDEVNEAL, LLC, | ) | Magistrate Lisa A. Jensen |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff BRIAN MUNIZ, and Defendant RAMDEVNEAL, LLC, by and through their respective counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of this action with prejudice with each side to bear its own costs, including attorneys' fees and court costs, except for those as set forth in the terms of the Settlement Agreement.

|  |  |
|---|---|
| /s/ Kristina L. Bitzer | /s/ Ryan D. Johnson |
| Christopher J. Drinkwine, ARDC #6236992 | Ryan D. Johnson, ARDC #6304561 |
| Kristina L. Bitzer, ARDC #6343055 | JOHNSON LAW FIRM, LLC |
| HEYL, ROYSTER, VOELKER & ALLEN, P.C. | 6615 Grand Avenue, PMB 423 |
| 120 West State Street, Second Floor | Gurnee, IL 60031 |
| Rockford, IL 61101-1159 | (224) 548-0855 |
| (815) 963-4454 | rjohnsonada@gmail.com |
| cdrinkwine@heylroyster.com | **ATTORNEY FOR PLAINTIFF** |
| kbitzer@heylroyster.com | **BRIAN MUNIZ** |
| rkecf@heylroyster.com | |
| **ATTORNEYS FOR DEFENDANT** | |
| **RAMDEVNEAL, LLC** | |

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument, **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**, was served upon all attorneys to the above cause via the CM/ECF System on the 17th day of January 2024.

| | |
|---|---|
| Ryan D. Johnson (ARDC #6304561)<br>JOHNSON LAW FIRM<br>6615 Grand Avenue, PMB 423<br>Gurnee, IL 60031<br>(224) 548-0855<br>rjohnsonada@gmail.com<br>**ATTORNEY FOR PLAINTIFF** | Jordan Greenberg<br>LAW OFFICE OF JORDAN GREENBERG<br>PO Box 5093<br>Vernon Hills, IL 60061<br>(847) 826-7825<br>jordangreenberglaw@gmail.com<br>**ATTORNEY FOR PLAINTIFF** |

                                                              /s/ Jamie K. Abney
                                                            jabney@heylroyster.com

KLB/jka/ 39317-1 / 43944815_1