## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| BRIAN MUNIZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 23-cv-50150 |
| | ) | Hon. Philip G. Reinhard |
| RAMDEVNEAL, LLC, | ) | Magistrate Lisa A. Jensen |
| | ) | |
| Defendant. | ) | |

### ORDER

THIS CAUSE, coming before the Court on the parties' Joint Stipulation of Dismissal with Prejudice (ECF No. 29) filed on January 17, 2024, the Court having examined the Joint Stipulation of Dismissal with Prejudice and being fully advised in the premises, finds that the parties stipulate and agree to the dismissal of this action in its entirety with prejudice, with each side to bear its own costs and attorneys' fees, except for those as set forth in the terms of the Settlement Agreement.

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own court costs, attorneys' fees, and expenses, except for those as agreed in the terms of the Settlement Agreement.

DATED this 17th day of January 2024.    ENTERED:

_Philip G. Reinhard_
HONORABLE PHILIP G. REINHARD